IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LAURI J. ALLEN,                                )
                                               )
                Plaintiff,                     )
                                               )
v.                                             )     Case No. 07-1131-MLB
                                               )
GARDEN CITY CO-OP, INC., and                   )
JOHN McCELLAND,                                )
                Defendants.                    )
_____)

**ORDER FOR INSPECTION AND REPRODUCTION
OF KANSAS HUMAN RIGHTS COMMISSION RECORDS**

NOW on this 13th day of November, 2007, this matter comes before the court upon motion of both parties for an order directed to the Kansas Human Rights Commission ("KHRC") for production of all records pertaining to complaints filed against defendant, GARDEN CITY CO-OP, INC., by plaintiff LAURI J. ALLEN, year of birth **1967**, Social Security No. xxxx-xx-**4605**.

THEREUPON, after being fully and duly advised in the premises, the court finds that the documents which the parties seek appear to be relevant and discoverable and this court, therefore, orders that they be produced for inspection by the attorneys of record herein; subject, however, to the proviso that the Kansas Human Rights Commission, upon review of its file, may purge from its investigative files any documents which are considered to be deliberative or conciliatory in nature.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED, AND DECREED that the Kansas Human Rights Commission should be and is hereby ordered to produce for inspection by the attorneys of record for the plaintiff and defendant, subject to the proviso set forth in the preceding paragraph, all records involving complaints and investigations thereof filed by the above-named plaintiff against defendant, GARDEN CITY CO-OP, INC. and John McCelland

- 1 -

and the Kansas Human Rights Commission is ordered to allow copies of the same to be made at the expense of the party requesting such reproduction.

IT IS BY THE COURT SO ORDERED.

    s/   DONALD W. BOSTWICK  
United States Magistrate Judge

APPROVAL:  
    s/ Gaye B. Tibbets  
Gaye B. Tibbets #13240  
HITE, FANNING & HONEYMAN L.L.P.  
100 North Broadway, Suite 950  
Wichita, KS 67202  
Telephone: (316) 265-7741  
Facsimile:  (316) 267-7803  
E-Mail: tibbets@hitefanning.com  
*Attorney for Plaintiff*


    s/ Patrick McGarth  
Patrick McGarth, #14230  
WALLACE, SAUNDERS, AUSTIN, BROWN & ENOCHS, CHTD.  
10111 W. 87th Street  
Overland Park, KS 66282  
Telephone: (913) 888-1000  
Facsimile:  (913) 888-  
E-mail: mcgrath@wsabe.com  
*Attorney for Defendants*